Nov. Term,
1855.

SPOONER
v.
DAWSON.

*J. Ryman* and *P. L. Spooner*, for the appellee.

---

SPOONER and Another, Executors, *v.* DAWSON.

This case was precisely similar to that of *Spooner et al.*, Executors, v. *Dunn*, *ante*, p. 81, and was affirmed for the same reasons.

Tuesday,
December 11.

APPEAL from the *Dearborn* Court of Common Pleas.

STUART, J.—It appears that *Dawson* had recovered two judgments before a magistrate, one against *Coll* for 50 dollars, and one against *Coll* and *McGroty* for 12 dollars and 10 cents. On these judgments executions had been issued and levied upon sufficient personal property to pay the judgments, interest and costs. Thereupon *George H. Dunn* applied to *Dawson* to release the levy, agreeing that if *Dawson* released the levy, he, *Dunn*, would pay the judgments and costs, at the estimate shortly to be made for labor on the *Lawrenceburgh and Upper Mississippi Railroad*, by delivering a warrant on the treasurer of the

company for the full amount.   On this consideration, <span>Nov. Term,</span>
*Dawson* released the levy.                               <span>1855.</span>

*Dawson* avers that an estimate was made, and that <span>The State</span>
he requested *Dunn*, in his lifetime, to deliver the warrant, <span>v.<br>Downs.</span>
which he failed and refused to do, &c.

There is a second paragraph alleging the same state of
facts, and the promise to pay, more generally.

Before the magistrate, *Dawson* had judgment.   On ap-
peal to the Common Pleas, the cause was submitted to
the Court.   Finding and judgment for *Dawson*.   *Dunn*,
in his lifetime, appealed to this Court.

It will be seen that this case is precisely similar to that
of *Spooner* and Another, Executors, v. *Dunn*, *ante*, p. 81,
and the same judgment follows.

*Per Curiam.*—The judgment is affirmed, with costs, to
be levied *de bonis testatoris*.

*J. Ryman*, for the appellants.

*E. Dumont*, *O. B. Torbet* and *S. S. Dunn*, for the appellee.